IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| Walden Fleet Group, Inc., Southview Chevrolet, Co., and Denny Hecker's Cadillac – Pontiac – GMC, Inc, <br><br> *Plaintiffs*, <br><br> -vs- <br><br> GMAC LLC, <br><br> *Defendant.* | **AFFIDAVIT** |

STATE OF ILLINOIS )
                 ) ss.
COUNTY OF COOK )

1. Christopher Boyles, being first duly sworn, deposes and states as follows:

2. I am employed by GMAC Inc., as Director of Commercial Lending and make this affidavit in connection with Defendant's Notice of Removal of this matter from Minnesota District Court (4th Judicial District – Hennepin County) to United States District Court. Specifically, this affidavit sets out the proper name and residence of Defendant as well as the amount in controversy in this matter.

3. During some of period of time it provided financing to Plaintiffs, Defendant was a limited liability company with a principal place of business in the State of Michigan. However, as of June 30, 2009, Defendant converted to a corporation under the laws of the State of Delaware and is now known as GMAC Inc.

4. The substantive claim in Plaintiffs' Complaint is that GMAC received funds in connection with the sales of motor vehicles at Plaintiffs' respective automobile dealerships and that such funds should be paid to either the state of Minnesota for taxes and license fees or to lien holders.

5. Alternatively, Plaintiffs seek damages in an unspecified amount, which is apparently to be measured by the amounts received by GMAC that Plaintiffs claim should be paid to others.

6. Plaintiffs assert in their Complaint that in April, 2009, they became aware that GMAC was in possession of such funds and requested that GMAC make payment. (See paragraph 15 of the Complaint).

7. In fact, on April 16, 2009 - prior to bringing the instant case - Plaintiffs' counsel wrote to GMAC's counsel claiming that GMAC had possession of funds for taxes, licenses and lien payoffs and demanding that GMAC provide "an immediate plan to remit these funds". The April 16 letter included an attached spreadsheet, which set the amount Plaintiffs were claiming at $310,686.93. A copy of the letter and spreadsheet are attached hereto as Exhibit A.

8. GMAC agreed that certain funds it received did relate to taxes and licenses. By letter dated April 17, 2009, GMAC's counsel provided Plaintiffs' counsel a spreadsheet detailing the names of purchasers, vehicle identification numbers and the amounts that GMAC had received that were arguably attributable to taxes and license fees. Further, GMAC sent checks to each of the plaintiff dealerships for the amounts set out in the spreadsheet. The total amount sent to Plaintiffs was $73,768.48. Plaintiffs received and cashed all three checks. (Attached hereto as

Exhibit B, is a copy of the April 17, 2009 letter to Plaintiffs counsel along with the spreadsheet.[1]

Attached hereto as Exhibit C is a sheet containing copies of the three canceled checks.)

9. GMAC has denied and continues to deny that it has any obligations for lien payoffs or that it has possession of any other funds arguably attributable to taxes and license fees.

Christopher Boyles

Subscribed and sworn to before me this 19th day of August, 2009.

NOTARY PUBLIC

Judith A Layette

OFFICIAL SEAL
JUDITH A LAYETTE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/05/09

---

[1]. The identities of the buyers are contained in the spreadsheet sent to plaintiffs' counsel. For reasons of privacy, the buyers' identities have been redacted from the attached exhibit.

3

## *Mohrman & Kaardal, P.A.*

*A Professional Association*
*Of Attorneys and Counsellors at Law*

*33 South Sixth Street*
*Suite 4100*
*Minneapolis, Minnesota 55402*

*Telephone: (612) 341-1074*
*Fax: (612) 341-1076*

# FACSIMILE COVER LETTER

| | | | |
|---|---|---|---|
| **SENT TO:** | William W. Haag, Esq. | **FACSIMILE NO.:** | (612) 338-8690 |
| **SENT BY:** | William F. Mohrman, Esq. | **DATE:** | April 16, 2009 |
| **SUBJECT** | GMAC / Hecker (Pine City, Stillwater, Southview) | | |
| **PAGES:** | 4 (including this sheet) | | |
| **MESSAGE:** | | | |

### NOTICE - CONFIDENTIAL INFORMATION

The information in this fax communication is privileged and strictly confidential. It is intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution, copying or other use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please first notify the sender immediately at the above telephone number of your erroneous receipt and then return this fax communication at once to the sender at the above address either via United States Postal Service or by the method of delivery specified by the sender.

EXHIBIT
Boyle Aff. A

## MOHRMAN & KAARDAL, P.A.

ATTORNEYS AND COUNSELORS AT LAW

33 SOUTH SIXTH STREET
SUITE 4100
MINNEAPOLIS, MINNESOTA 55402

WILLIAM F. MOHRMAN

TELEPHONE: 612/341-1074
FACSIMILE: 612/341-1076
WRITER'S E-MAIL: MOHRMAN@MKLAW.COM

April 16, 2009

<u>Via Facsimile and U.S. Mail</u>

Michael W. Haag, Esq.
Foley & Mansfield, PLLP
250 Marquette Avenue, Suite 1200
Minneapolis, MN 55401

Re: **Unauthorized seizure of client trust funds for Stillwater Cadillac, Pine City GM, and Southview Chevrolet**

Dear Mr. Haag:

We ask that you forward the enclosed correspondence to your client. As you know, we represent the interests of Stillwater Cadillac, Pine City GM, and Southview Chevrolet (hereinafter "Dealers") as they relate to GMAC's wrongful retention of Dealers' customer trust funds for the payment for tax, title and license, and vehicle lien pay-offs. As you must be well aware, neither Dealers nor GMAC has any property interest in the trust funds which are held in trust for Dealers' clients. It is hornbook law that a lien, even a blanket lien, can only extend to property of the secured debtor. The funds described on the spreadsheet attached as Exhibit A to this letter were received from Dealers' customers in trust to make the tax and title payments and to receive licenses for these sold vehicles. In many cases, Dealers' customers are driving on the expired 21-day temporary permits and GMAC is currently exposing these unwitting customers to additional liability for expired plates and related concerns. In addition, Dealers' customers' vehicles are at risk of their lenders exercising repossession rights on the vehicles for missed payments which would cause serious liability issues for all parties involved under Minnesota's customer protection statutes.

The Minnesota Attorney General's office has already received many complaints relating to these past due lien pay-offs and unpaid tax, title, and license issues. As a result, we expect to receive a full investigation by the attorney general's office and appropriate remedial actions taken by the office. Once we are contacted by the Attorney General, we will immediately refer them to GMAC as the true party responsible for the wrongful withholding of these client trust funds.

Michael W. Haag, Esq.
April 16, 2009
Page 2

      Dealers demand an immediate plan to remit these funds and make the necessary payments and pay-offs no later than 5:00 p.m. CST on Friday, April 17, 2009. Please do not hesitate to contact the undersigned with any questions or comments regarding any of the matters or enclosure discussed above.

                              Very truly yours,

                              s/WFM

                              William F. Mohrman

WFM/mf
Enclosure
cc:   Erik P. Dove, Esq.

| GMAC Held Funds As of 4/14/09 | Tax, Title & License | Vehicle Lien Payoffs | Lease Payoffs | Total $$ Held |
|---|---|---|---|---|
| Stillwater Cadillac | $ 44,212.64 | $ 165,155.53 | $ 13,112.84 | $ 222,481.01 |
| Pine City GM | $ 5,775.30 | $ 20,569.44 | $ - | $ 26,344.74 |
| Southview Chevrolet | $ 38,064.50 | $ 23,796.68 | $ - | $ 61,861.18 |
| | $ 88,052.44 | $ 209,521.65 | $ 13,112.84 | $ 310,686.93 |

EXHIBIT A

```
************ -COMM. JOURNAL- ************ DATE APR-17-2009 ***** TIME 08:37 ********

      MODE = MEMORY TRANSMISSION          START=APR-17 08:35    END=APR-17 08:37

      FILE NO.=602

STN    COMM.   ONE-TOUCH/   STATION NAME/EMAIL ADDRESS/TELEPHONE NO.   PAGES    DURATION
NO.            ABBR NO.

001    OK       a           96123411076                                004/004  00:01:34


                                                         -FOLEY AND MANSFIELD    -
***************************************** -FOLEYMANSFIELD - ***** -   612 338 8690- *********
```

# FOLEY & MANSFIELD PLLP
### Attorneys at Law

Chicago • Detroit • Los Angeles • Miami • Minneapolis • New York • St. Louis • San Francisco

PH: (612) 338-8788                                                          FAX: (612) 338-8690

## FACSIMILE

| TO: | William F. Mohrman, Esq. | FAX #: | (612) 341-1076 |
|---|---|---|---|
| RE: | GMAC / Hecker (Pine City, Stillwater, Southview) | | |
| OUR FILE: | 1905-54 | | |
| FROM: | Michael W. Haag, Esq | PAGES: | 4 |
| DATE: | April 17, 2009 | TIME: | |

COMMENTS:   See attached correspondence of today's date.

### PRIVILEGED & CONFIDENTIAL

This facsimile may contain CONFIDENTIAL and LEGALLY PRIVILEGED information and is intended ONLY for the use of the individual or entity named above. Any dissemination or distribution of this facsimile is prohibited.

If you receive this fax in error, PLEASE IMMEDIATELY notify the sender by telephone, and return the original facsimile and any other copies to the sender.

If you do not receive all of the pages,
please contact Colleen Gessell as soon as possible at (612) 216-0385

Phone (612) 338-8788   Fax (612) 338-8690
www.foleymansfield.com
250 Marquette Avenue   Suite 1200   Minneapolis   MN   55401


EXHIBIT
Boyle Aff B

# FOLEY & MANSFIELD
#### PLLP
### Attorneys at Law

Chicago • Detroit • Los Angeles • Miami • **Minneapolis** • New York • St. Louis • San Francisco

Michael W. Haag
Direct Dial: 612-349-9856
mhaag@foleymansfield.com

April 17, 2009

**VIA FACSIMILE**

Mr. William F. Mohrman
33 South Sixth Street
Suite 4100
Minneapolis, MN 55402-3601

Re: GMAC / Hecker (Pine City, Stillwater, Southview)
Our File No.: 1905-54

Dear Mr. Mohrman:

GMAC acknowledges your April 16, 2009 letter claiming that GMAC is holding certain funds in trust. GMAC has already discussed the issue of taxes and licenses with the dealership personnel at all 3 dealerships as well as Mr. Dove. Before your letter, GMAC had already committed to sending checks to each of the dealerships for the tax and license fees actually in the possession of GMAC.

GMAC expects to have these checks in hand today and will send them overnight via Fed Ex directly to Mr. Dove. Based in information received from the dealerships, GMAC has prepared a spreadsheet showing the amounts to be paid to each dealership, broken down by customer and VIN, and I have enclosed a printout of that. You should be aware that GMAC's calculations do not exactly match the numbers you provided, but your client can check the details for what is being paid.

You also assert that GMAC has other funds belonging to customers relating to customers' lien or lease payoffs. Such payoffs are usually handled at the dealership. GMAC's interest is simply receiving the loan amount on the sold vehicle. And to the extent any surplus on a vehicle sale was sent to GMAC, it applied that surplus to reduce the dealership's out of trust amount. GMAC has no documents or other information which suggest it is holding lien or lease payoff money in trust for customers. If the dealerships have documents to support these claims, please provide them directly to GMAC for its review.

Very truly yours,

*[signature]*

MICHAEL W. HAAG

| VIN | Customer | Tax | Reg. | Total |
|---|---|---|---|---|
| colspan="5" GMAC / HECKER TAX / REGISTRATION DETAIL | | | | |
| colspan="5" HECKER CADILLAC | | | | |
| 127085 | | $ 1,719.47 | $ 93.00 | $ 1,812.47 |
| 368362 | | $ 455.00 | $ 616.75 | $ 1,071.75 |
| 174563 | | $ 845.00 | $ 37.75 | $ 882.75 |
| 142352 | | $ 464.13 | $ 168.00 | $ 632.13 |
| 363542 | | $ 828.43 | $ 127.75 | $ 956.18 |
| 83960 | | $ 937.11 | $ 50.75 | $ 987.86 |
| 468637 | | $ 899.85 | $ 103.00 | $ 1,002.85 |
| 128700 | | $ 2,110.03 | $ 534.00 | $ 2,644.03 |
| 197387 | | $ 1,555.42 | $ 336.00 | $ 1,891.42 |
| 173733 | | $ 2,385.50 | $ 562.00 | $ 2,947.50 |
| 176319 | | $ 747.50 | $ 45.75 | $ 793.25 |
| 285333 | | $ 749.48 | $ 361.00 | $ 1,110.48 |
| 100454 | | $ 1,476.84 | $ 168.00 | $ 1,644.84 |
| 130965 | | $ 2,909.53 | $ 541.00 | $ 3,450.53 |
| 263582 | | $ 3,487.12 | $ 930.00 | $ 4,417.12 |
| A30433 | | $ 618.13 | $ 103.00 | $ 721.13 |
| 361644 | | $ 324.15 | $ 589.00 | $ 913.15 |
| Total | | $ 22,512.69 | $ 5,366.75 | $ 27,879.44 |
| colspan="5" WALDEN FLEET | | | | |
| 101425 | | | | $ 1,193.67 |
| 224746 | | | | $ 570.98 |
| 142569 | | | | $ 1,168.90 |
| 119805 | | | | $ 868.98 |
| 502864 | | | | $ 280.63 |
| 238505 | | | | $ 75.00 |
| 209688 | | | | $ 726.94 |
| 155391 | | | | $ 1,316.06 |
| 335785 | | | | $ 402.46 |
| 229068 | | | | $ 47.25 |
| 48000 | | | | $ 642.61 |
| 308254 | | | | $ 551.06 |
| TOTAL | | | | $ 7,844.54 |
| colspan="5" SOUTHVIEW CHEVROLET | | | | |
| 110916 | | | | $ 1,839.50 |
| 206796 | | | | $ 1,463.17 |
| 115526 | | | | $ 1,040.70 |
| 179225 | | | | $ 861.88 |
| 238123 | | | | $ 2,150.00 |
| 197359 | | | | $ 1,864.20 |

| VIN | Customer | Tax | Reg. | Total |
|---|---|---|---|---|
| colspan="5" | GMAC / HECKER TAX / REGISTRATION DETAIL ||||
| 449400 | | | | $ 47.25 |
| 367916 | | | | $ 862.91 |
| 301828 | | | | $ 759.42 |
| 149543 | | | | $ 2,034.75 |
| 196789 | | | | $ 2,112.13 |
| 209552 | | | | $ 1,710.69 |
| 113236 | | | | $ 798.00 |
| 569209 | | | | $ 771.97 |
| 335197 | | | | $ 676.35 |
| 135803 | | | | $ 2,399.06 |
| 130028 | | | | $ 1,448.75 |
| 172621 | | | | $ 863.17 |
| 211209 | | | | $ 911.00 |
| 246479 | | | | $ 970.50 |
| 191680 | | | | $ 908.99 |
| 133510 | | | | $ 2,263.00 |
| 156050 | | | | $ 873.92 |
| 515551 | | | | $ 1,437.27 |
| 311910 | | | | $ 884.77 |
| 161327 | | | | $ 2,152.93 |
| 104720 | | | | $ 1,233.29 |
| 991545 | | | | $ 2,704.93 |
| | TOTAL | | | $ 38,044.50 |

| Account | Serial Number | Date | Am |
|---|---|---|---|
| 2079900559389 | 2963 | 04/24/2009 | $7, |

Front Image

SHADED AREA MUST GRADUALLY CHANGE FROM BLUE AT TOP TO GREEN AT BOTTOM

GMAC Chicago Business Center
PO Box 466
Orland Park IL 60462-0466

**GMAC**

0000002963
66-156/531

Pay Exactly    ****7,844* Dollars and * 54 * Cents

Date
04/15/2009

Net Amount
USD

$****7,844.54

TO THE ORDER OF
WALDEN FLEET GROUP, INC
715 NORTHRIDGE CT NW
PINE CITY MN 55063

WACHOVIA BANK, N.A.

Authorized Signature

⑆000000 2963⑆ ⑈053101561⑈ 2079900559389⑈

Back Image

ENDORSE HERE
PAY TO THE ORDER OF
RURAL AMERICAN BANK
PINE CITY, MN 55063
091903035
FOR DEPOSIT ONLY
WALDEN FLEET GROUP, INC

133475

Wachovia certifies that the above image accurately represents the physical item from which it was produ



EXHIBIT
BoyleAff C

Wachovia Connection Image Viewer                                      Page 1 of 1

| Account | Serial Number | Date | Am |
|---|---|---|---|
| 2079900559389 | 2965 | 04/23/2009 | $27 |

Front Image

SHADED AREA MUST GRADUALLY CHANGE FROM BLUE AT TOP TO GREEN AT BOTTOM    0000002965

GMAC Chicago Business Center
PO Box 466
Orland Park IL 60462-0466

**GMAC**                                           CL-154/531

Pay Exactly     ***27,879* Dollars and *44* Cents       Date        Net Amount
                                                     04/15/2009         USD

TO THE          DENNY HECKER'S CADILLAC-PONT-GMC                    $***27,879.44
ORDER           12969 60TH ST N
OF              STILLWATER MN  55082

WACHOVIA BANK, N.A.                                   Authorized Signature

⑈0000002965⑈  ⑆053101561⑆ 2079900559389⑈          ⑈000278794⑈

Back Image

ENDORSE HERE
Denny Hecker's Cadillac
3470025570

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

1333477

Wachovia certifies that the above image accurately represents the physical item from which it was produ

| Account | Serial Number | Date | Am |
|---|---|---|---|
| 2079900559389 | 2964 | 04/23/2009 | $38 |

Front Image

SHADED AREA MUST GRADUALLY CHANGE FROM BLUE AT TOP TO GREEN AT BOTTOM

0000002964

GMAC Chicago Business Center
PO Box 466
Orland Park IL 60462-0466

**GMAC**

66-156/531

Net Amount USD

Pay Exactly   ***38,044* Dollars and * 50 * Cents   Date 04/15/2009   $***38,044.50

TO THE ORDER OF

SOUTHVIEW CHEVROLET CO
1055 HIGHWAY 110
INVER GROVE HEIGHTS MN 55077

WACHOVIA BANK, N.A.

Authorized Signature

⑆0000002964⑆ ⑈053101561⑈ 2079900559389⑈   ⑉000038044 50⑉

Back Image

ENDORSE HERE
Southview Chevrolet
3970005?22

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

1333476

Wachovia certifies that the above image accurately represents the physical item from which it was produ

# MOHRMAN & KAARDAL, P.A.

ATTORNEYS AND COUNSELORS AT LAW

33 SOUTH SIXTH STREET
SUITE 4100
MINNEAPOLIS, MINNESOTA 55402

WILLIAM F. MOHRMAN

TELEPHONE: 612/341-1074
FACSIMILE: 612/341-1076
WRITER'S E-MAIL: MOHRMAN@MKLAW.COM

July 29, 2009

Via Email, Facsimile and U.S. Mail

Michael W. Haag
Foley & Mansfield, PLLP
250 Marquette Avenue, Suite 1200
Minneapolis, Minnesota 55401

Re: **Walden Fleet Group, Inc., Southview Chevrolet, Co. and Denny Hecker's Cadillac-Pontiac-GMC, Inc. v. GMAC, LLC**

Dear Mr. Haag:

This letter is to confirm that you will accept service for GMAC, LLC. Enclosed and served upon you in the above referenced matter are the following:

1. Summons;
2. Complaint; and
3. Notice and Acknowledgement of Service by Mail.

If you have any questions or concerns do not hesitate to contact me.

Very truly yours,

William F. Mohrman

WFM/mg
Enclosures
cc:   Mr. Dennis Hecker (w/enc)(via mail)