## Certificate of Service

STATE OF MINNESOTA  )
                    ) ss.
COUNTY OF HENNEPIN  )

I, Susan A. Doherty, declare under penalty of perjury that on August 24, 2009, I served *via* ECF and mailed copies of the attached Notice of Defendant's Motion to Dismiss and Defendant's Memorandum in Support of Motion for Dismissal, by first class mail, postage prepaid, to the below-named at the address stated below:

William F. Mohrman, Esq.
33 South Sixth Street
Suite 4100
Minneapolis, MN

Executed on:  August 24, 2009          Signed: _____
                                       Susan A. Doherty
                                       Foley & Mansfield, P.L.L.P.
                                       250 Marquette Avenue, Suite 1200
                                       Minneapolis, MN 55401